Starr M. Stanton, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred; Kellogg, J., not sitting.

George W. Steenbergh, as Executor, and Sarah F. Webster, Individually and as Executrix, etc., of Elizabeth Campbell, Deceased, Appellants, v. Fred A. Ingmire, Respondent, Impleaded with Mary E. Campbell and Others.— Order affirmed, without costs. All concurred.

Luigi Santacapite, Respondent, v. American Locomotive Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Marshall Thomson and Elizabeth Thomson, as Administrators, etc., of Jennie M. Thomson, Deceased, Appellants, v. Malcolm C. McNaught, Respondent.— Order unanimously affirmed, with costs, on the authority of Purdy v. Purdy (47 App. Div. 94). Lyon, J., not sitting.

Lillian M. Tanner, Respondent, v. Benn Conger and Others, Individually, and as Directors of the Groton Bridge and Manufacturing Company and Others, Appellants.— Order reversed, with ten dollars costs and disbursements to appellant to abide event. Motion granted requiring the plaintiff to state which one of the alleged trustees it is claimed made the alleged false statements, and in other respects motion denied. All concurred, except Betts, J., dissenting and voting for affirmance; Smith, P. J., not sitting.

Charles F. Allen, Respondent, v. George E. Johns and Others, Impleaded with John Johns, Appellant.—Judgment unanimously affirmed, with costs.

Anna S. Bailey and Edna D. Smith, Appellants, v. The State of New York, Respondent.— Motion for reargument denied.

Lillian L. Carroll, Respondent, v. The State of New York, Appellant.— Motion denied.

Samuel D. Coykendall, Respondent, v. William R. Harrison and Others, Constituting the Board of Water Commissioners of the City of Kingston, and the City of Kingston, Appellants.— Decision amended by adding thereto second question, to wit: 2. If such contract did not contemplate ordinary maintenance or repair did the water board have the right to enter into the same without the assent of the common council?

James R. Curran, Appellant, v. Lake Champlain and Moriah Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Betts, J., dissenting.

Charles W. Clowe, as Trustee in Bankruptcy of Elizabeth S. C. Seavey, a Bankrupt, Respondent, v. Elizabeth S. C. Seavey and Others, Appellants.— Judgment affirmed, with costs. All concurred, except Smith, P. J., dissenting; Houghton, J., not sitting.

Mary A. Dopp, as Administratrix, etc., of Horatio S. Dopp, Deceased, v. General Electric Company.— Motion denied.

William Easton and Others, Respondents, v. New York State National Bank, Albany, Appellant.— Judgment and orders unanimously affirmed, with costs.

Orrin Elmer, Appellant, v. Milton F. Ufford and George O. Follett, Respondents.— Motion granted, unless appellant serves printed case on or before Saturday, May eighteenth, and brings the case on for argument on Wednesday, May twenty-second, in which case motion is denied.